UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISETTE CARDENAS, BERTHA CONTRERAS-TORRES, EVA ROJAS, MAURICIO ROSIQUEZ PEREZ, and MARIA HERNANDEZ individually and on behalf of other employees similarly situated, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> BUTTERBALL, LLC <br><br> Defendant. | CASE NO. 1:14-cv-08589 <br><br> Judge Elaine E. Bucklo <br> Magistrate Judge Geraldine Soat Brown |

**JOINT MOTION FOR COURT REVIEW AND APPROVAL OF SETTLEMENT AGREEMENTS AND DISMISSAL OF FIRST AMENDED COMPLAINT**

NOW COME Butterball, LLC ("Defendant" or "Butterball") and Plaintiffs Lisette Cardenas, Bertha Contreras Torres, Eva Rojas, Mauricio Rosiquez Perez and Maria Hernandez ("Plaintiffs") (collectively "the Parties"), by and through their respective attorneys, jointly move for the Court to approve the settlement agreements entered between the Parties. In support of the motion, the Parties state as follows:

1. On October 30, 2014, Plaintiffs filed a Complaint against Defendant alleging violations of the Fair Labor Standards Act, ("FLSA"), Illinois Minimum Wage Law ("IMWL"), and Illinois Wage Payment and Collection Act ("IWPCA"), arising out of their current and former employment with Defendant. *See* Docket Entry No. 1.

2. On January 13, 2015, Plaintiffs filed a First Amended Complaint in response to Defendant's Motion to Dismiss. *See* Docket Entry No. 20. Plaintiffs' Amended Complaint

added retaliation claims under the FLSA for Plaintiffs Cardenas, Contreras-Torres and Rosiquez Perez. *Id.*

3. Following negotiations between counsel for Defendant and counsel for Plaintiffs, the Parties have reached mutually satisfactory settlements of each Plaintiff's individual claims.

4. Attached hereto as Exhibits A-E are the Settlement Agreement and General Release entered into between Defendant and each Plaintiff.

5. The Parties request that the Court review and approve the Settlement Agreements because they are fair and reasonable resolutions of bona fide disputes over wages under the FLSA and IMWL. *See Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986) (FLSA); *Lewis v. Giordano's Enterprises, Inc.*, 921 N.E.2d 740, 751 (1st Dist. 2009) (IMWL and IWPCA).

6. Upon approval of the Settlement Agreements, the Parties further request that the Court dismiss the claims of Plaintiffs Bertha Contreras Torres, Eva Rojas, Mauricio Rosiquez Perez and Maria Hernandez, without prejudice, that will become with prejudice 21 days thereafter, with each party to bear its or his/her own costs and attorneys' fees.

7. The Parties further request that, upon approval of the Settlement Agreements, the Court dismiss the claims of Plaintiff Lisette Cardenas, without prejudice, that will become with prejudice 45 days thereafter, with each party to bear its or her own costs and attorneys' fees[1].

WHEREFORE, for the foregoing reasons, Plaintiffs and Defendant respectfully request that this Court enter an Order approving the Settlement Agreements as fair and reasonable resolutions of bona fide disputes under the FLSA, IMWL and IWPCA claims and dismiss this action in its entirety, with each party to bear its or his/her own costs and attorneys' fees.

---

[1] The Parties request separate relief for Plaintiff Cardenas because the conditions precedent to payment under her settlement agreement have not yet been fully satisfied.

Date: January 29, 2016

Respectfully submitted,

/s/ Eric R. Magnus
Eric R. Magnus (*admitted pro hac vice*)
Jackson Lewis P.C.
1155 Peachtree Street NE, Suite 1000
Atlanta, Georgia 30309-3600
(404) 525-8200
magnuse@jacksonlewis.com

D. Christopher Lauderdale
(*admitted pro hac vice*)
Jackson Lewis P.C.
One Liberty Square 55 Beattie Place, Suite 800
Greenville, SC 29601
Phone: (864) 232-7000
lauderdc@jacksonlewis.com

Michael C. Stepien
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
(312) 787-4949
Michael.stepien@jacksonlewis.com

Attorneys for Defendant

s/ Valentin T. Narvaez

Valentin T. Narvaez, Esq. 6300409
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200, Chicago, IL 60646
(312) 878-1302
vnarvaez@yourclg.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 29, 2016, he caused a true and correct copy of the foregoing **JOINT MOTION FOR COURT REVIEW AND APPROVAL OF SETTLEMENT AGREEMENTS AND DISMISSAL OF COMPLAINT** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

> Valentin T. Narvaez
> 6232 N. Pulaski, Suite 200
> Chicago, Illinois 60646
> vnarvaez@yourclg.com

/s/ Eric R. Magnus